■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KROPMAN, Appellant.—Judgment affirmed. All concur, except Cardamone and Hancock, Jr., JJ., who dissent and vote to reverse the judgment and grant a new trial. Same memorandum and dissenting memorandum as in *People v Teeter* (62 AD2d 1158). (Appeal from judgment of Monroe Supreme Court—conspiracy, first degree.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ. [86 Misc 2d 532.]